UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ARGUELLO GONZALEZ,<br>　　　　　　Plaintiff,<br>　　v.<br>LUPITA'S RESTAURANT, et al.,<br>　　　　　　Defendants. | Case No.  14-cv-03099-BLF<br><br>**REQUEST FOR STATUS** |

On September 26, 2014, this Court scheduled an Initial Case Management Conference for January 29, 2015 at 1:30 p.m.  *See* ECF 13.  Since that time, it appears that one defendant was voluntarily dismissed, and a clerk's entry of default was entered against the remaining defendants.  *See* ECF 16, 18.  To date, the Court has received no case management statement from Plaintiff, and Plaintiff did not appear at the Initial Case Management Conference held on January 29, 2015.  Plaintiff is hereby ORDERED to provide a status statement **by February 12, 2015** regarding the progress of this action.

**IT IS SO ORDERED.**

Dated: January 30, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge