UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ARGUELLO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>LUPITA'S RESTAURANT, et al.,<br><br>Defendants. | Case No.  14-cv-03099-BLF<br><br>**ORDER REQUIRING PROOF OF SERVICE; CONTINUING MOTION HEARING**<br><br>[Re: ECF 23] |

The Court has reviewed plaintiff Laura Arguello Gonzalez's Application for Default Judgment Against Defendants Lupita's Restaurant and Tacos Al Carbon, Maria Perez-Guizar, and Berenice Perez-Guizar.  ECF 23.  Federal Rule of Civil Procedure 54(c) provides that "a default judgment must not differ in kind from, or exceed in amount, what is demanded in the pleadings." Plaintiff's Complaint does not allege with specificity the amount that she is seeking to recover from the defendants, nor even when she began her employment with the defendants.  The Court accordingly requires proof that the defendants are on notice of the amount of damages and fees sought in judgment.  Plaintiff shall certify that the defendants have been served with her motion for default judgment, statement of damages, or the like **by no later than June 30, 2015**.

The June 11, 2015 hearing on Plaintiff's motion for default judgment is HEREBY CONTINUED to July 23, 2015.

**IT IS SO ORDERED.**

Dated: June 9, 2015

BETH LABSON FREEMAN
United States District Judge