UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ARGUELLO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUPITA'S RESTAURANT, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03099-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING**<br><br>[Re:  ECF 23] |

　　The Motion for Default Judgment that was noticed for hearing on July 23, 2015 is hereby SUBMITTED without oral argument; the hearing is VACATED.  *See* Civ. L.R. 7-1(b).

　　**IT IS SO ORDERED.**

Dated: July 20, 2015

                                                                                    _____
                                                                                    BETH LABSON FREEMAN
                                                                                    United States District Judge